FILED

2026 MAR 10 PM 1:54

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: 

PAID
MAR 10 2026
CLERK, U.S. DISTRICT COURT


Gina Ghods (Full Name)

(Email Address)

P.O Box 81055 (Address Line 1)

LA, CA 90017 (Address Line 2)

(310)909-9796 (Phone Number)

Plaintiff in Pro Per


**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

Gina Ghods,

**PLAINTIFF,**

**vs.**

Jon Mansfield
Stacey Feinberg
Sharmila Singh
Pedram Mansouri
Shahrokh Mokhtarzadeh

**DEFENDANT(S).**

**Case No.:** 2:26-cv-02545-HDV-DFM(x)
(To be supplied by the Clerk)

**COMPLAINT FOR:**

Breach of Fiduciary duties –

**Jury Trial Demanded:** ☒ Yes ☐ No

## I. JURISDICTION

1. This Court has jurisdiction under Diversity and over $75,000 damages - International holdings



*© 2010, 2023 Public Counsel. All Rights Reserved.*

Gina Ghods (Full Name)
(Email Address)
P.O. Box 691058 (Address Line 1)
Los Angeles, CA 90017 (Address Line 2)
(310) 909 9796 (Phone Number)
Gina Ghods in Pro Per
(indicate Plaintiff or Defendant)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Gina Ghods, and her Minor Children
Plaintiff(s),

vs.

Jon Edward Mansfield
Ares Management
Jems Companies
Verano (Ivy Hall)
Defendant(s).
Wells Fargo N.A Advisors
Tina Ghods Mehtani
Ginus Ghods Sadr
Reuben Driggers
Billy William Pekin - Pershing LLC
ScreenMeet - Projector 10, Vis. LLC
Citibank N.A

Case No.: ____________

____________

(title of pleading)

*Form prepared by Public Counsel.*
*© 2012, 2014, 2023 Public Counsel.*
*All rights reserved.*
*Revised: October 2023*

## II. VENUE

2. Venue is proper pursuant to
Case Over #75000
Violation of federal and International
Laws - Diversity

## III. PARTIES

3. Plaintiff's name is Gina Ghods. Plaintiff resides at:

4. Defendant Jon Mansfield
Cypress LLP
Ares Corporation
management at Ares Management
Ares Operation

5. Defendant Linda Yu
Stuart Ellison
David Berger
Bassam Barazi
Brooke Hayes

## IV. STATEMENT OF FACTS

This case is one of Abuse, fraud Collusion, intentional infliction of Emotional distress and Extreme Child Abuse Resulting from family Court Abuse.

Jon Mansfield filed a false order stating our teen daughter is suicidal. Fully knowing That her Research March 3, 2012 was for a school Project at archer.

Jon's Intention alongside her attorneys, Ones Gina hired and her Two Sisters were mainly based on Economic gain.

They have through fraud, Abuse hiring and having her stalked By Ex convicts and Felons To get access as they have to her assets and Cannabis Licenses.

**~~SECOND~~ CAUSE OF ACTION**

(RICO)

*insert title of cause of action*

**(As against Defendant(s):** )

Insert ¶ #

Insert ¶ #

Insert ¶ #

(1) Abuse of Process Actions
(2) Business Torts - Intentional Interference with Contractual Relation
(3) False Child Abuse Allegations
(4) Malicious Prosecution
(5) legal malpractice
(6) Trespass
(7) Conversion
(8) Intentional Interference with Prospective Economic Actions
(9) Insurance fraud
(10) Tax fraud
(11) Bank fraud
(12) Aggravated Identity theft
(13) Violation of the Electronic Communications Privacy Act of 1986
(14) Violation of The Computer fraud and Abuse Act
(15) Violation of the California Comprehensive DATA Access and Fraud Act (CDAFA

**~~SECOND~~ CAUSE OF ACTION**

(intentional Infliction of Emotional distress)

*insert title of cause of action*

**(As against Defendant(s):** ______________________________ )

1) Litigation Abuse

*Insert ¶ #*

2) Domestic Violence

3) Emotional and Psychological Abuse

4) Gross Negligence and Wanton and Reckless Misconduct

5) invasion of privacy

*Insert ¶ #*

6) Vexaticious Litigation

7) concealment

8) Negligent Misrepresentation

9) Aiding and Abetting

10) FRAUD

*Insert ¶ #*

11) Child ABUSE

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

- Seeking actual damages

Insert ¶ #

- Punitive damages
- Return of stolen Assets

Insert ¶ #

Including
ERISA
pension
IRA

Insert ¶ #

SEP IRA
Insurance policies
Investment funds
marital Assets

Insert ¶ #

Stolen funds
All other assets Not listed
All Real property

Dated: 3/10/26

Sign: [signature]

Print Name: Gina Roberts

# VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

1) Requesting For a Jurey Trial

*Insert ¶ #*

2) For New family Court Trail

*Insert ¶ #*

3) For Investigation of The Defendants falsifying document and Theft

4) Access To her Children

*Insert ¶ #*

5) Restraing Order against Jon Mansfield Tina GHODS Mehtani Ginus Sadr Stacey Feinberg

*Insert ¶ #*

Sharmila Singh Mohammad Reza Panah Afshin Sadeghi

Dated: 3/10/26

*Sign:* [signature]

*Print Name:* Gina Ghods

## ~~THIRD~~ CAUSE OF ACTION

(False allegation of child ABUSE)
*insert title of cause of action*

**(As against Defendant(s):** )

Insert ¶ #

(1) Extreme abuse and Retaining assistant from 2 convicts and felons

(2) Mail theft

(3) Unfair Business practices

(4) construstive fraud

(5) falsifying Court documents

Insert ¶ #

(6) Providing false financials To Court To Abuse

(7) falsifying Gina Ghents Mental Capacity

(8) forging her Signature In Court filing

Insert ¶ #

(9) Obtaining guardianship through fraud

(10) Violation of Truth in Caller ID Act

(11) false Police filing

(12) Illegal Recording

(13) wire fraud

(14) Collusion with Jon, tina and Ginus To cause harm

**[redacted] CAUSE OF ACTION**

(Retaining and hiring None Experts
*insert title of cause of action*

**(As against Defendant(s):** To Abuse
)

Insert ¶ #
(1) Signature fraud on Court documents Including Stipulation, agreement and Settlement

(2) Providing fake evidence Into Court filing

Insert ¶ #
(3) Fasely and Recklessly accusing Gina of child Abuse and Fasley and Recklessly Taking her Visitation Right

Insert ¶ #
(4) Tampering her Court filing and stating She doest want To see her Teen daughter

## ~~THIRD~~ CAUSE OF ACTION

(1) Violation of federal laws and Rights

*insert title of cause of action*

**(As against Defendant(s):** ______________________

(2) Violation of parental Laws and Rights

*Insert ¶ #*

(3) Violation of Constitutional Rights

*Insert ¶ #*

(4) Violation of Civil Rights

(5) Violation of Victim of Crimes Person Under DOJ.

*Insert ¶ #*

(6) Extrem Child Abuse

(7) Financial Abuse

(8) Embezzelment

(9) Distruction of Property

## V. CAUSES OF ACTION

## FIRST CAUSE OF ACTION

(fraud Actions)
*insert title of cause of action*

(As against Defendant(s): Jon Edward Mansfield )

1. March 10, 2022 Jon Mansfield and his attorneys Served me a Notice stating That I have a Restraining Order and need To Vacate our home I One Hour

2. Later I learned that Jon Mansfield (aka. JM) did not have a Eviction Order nor a TRO. They fabricated The TRO and stated again and again for the Last 4 years That I was In court March 2, 3rd, 4.5, 8th 9th.

3. Jon and his Attorney Shermila Singh a Court Settlement officer Since 2013 and stacey feinberg a Resident of UTAH had without having a order Evicted me from my home and Suprised me and our minor Children

4. *Insert ¶ #* March 4th 2022, JM and his attorney Stacy feinberg (SF) and Sharmila Singh (SS) At The Same Time had filed For Divorce. The NOTice was Never Served. Case # 22STR001223 Filed on 3/02/2022 was Stipulated To Be heard In Department 25 of stanley mosk Court house with commissioner Doreen B Boxer

5. *Insert ¶ #* As the Case Summary Shows JM and his Counsels fabricated Court hearing and filing from 3-2-2022 until (3/28/2022) The first Court hearing with Commissioner Doreen B Boxer.

6. *Insert ¶ #* Doreen Boxer was at the Same Exact Time-Week was stipulated By my Sister Tina GHOBS mehtan(i) TO hear her Divorce and Custody hearing. Case # 18STFL09629. 3/24/2022 TinaGHOBS had Stipulated To Be heard by Commissioner Boxer

(7) 3/28/2022 stacey feinberg and John Edward Mansfield had stipulated without Gina Or her than Attorney Cassandra Jones To be heard by Commissioner Doreen Boxer. The Conflict of Interest was Never Disclosed. Tina GHODS also Never Disclosed The fact That She was being heard In The Same Court Room By The Same Commissioner

(8) As the Case Summary Shows On 3/16/2022 The Suppose Proof of Service was Given To Reuben Charles Driggers, Plantiffs witness and Tina GHODS and Jon's Best friend

(9) from 3/2/2022 The Summary Shows That Gina filed Appeal. This is fraud and Fabricated Filings. As Neither Gina Nor her Attorney Cassandra Jones Were NOT in Court Nor filled

(11) 3/23/2022 - The Summary States That Gina Attended a family Mediation Meeting Via Webex and assigned to Hrug Ghazarian. Gina Neru attended that hearing. The Meeting was attended by Someone Else. The Memo Case # differs Than The Case number 22STPO01223 assigned to the Case at that Time.

(12) The Case Memo publically filled showed Lots of fabricated facts. Including stating Gina was hospitalized for Pancratitis. That she had fallen Into her Pool as a Result of Being Intoxicated. The fabricated story made up By Tina Gibbs and Jon mansfield which was Repeaditly used By Plantiff in his Court filin

13) On Jon's original filings he had also Fabricated The Same Stories as Tina stating alchol Abuse Combined with substance Abuse exacerbating Abusive Behaviors Toward The Plantiff and One of the Causes for The Suppose TRO.

14) Jon Mansfield on March 6th, 2022 in his filling perjured himself and stated That Gina Had Been hospitalized with Pancratitis. Same as Tina had.

15) In Hrog Ghazarian, LCSW 61402 In his publically filled document of this private Memo also stated that Gina had Fallen into her pool In 2021 and the Hospital Identified Alchol in her System. A fabricated story By Plantiff and Tina GOODS. Gina's Sister

(13) July 2021 Gina had a fall in an empty pool at Their Resident while walking backward looking at Paint Color. Jon at The Time wrote a letter To The Contrator Hired To fix Their pool about The accidental fall. The hospital Clearly stated Their was NO Substance or Alchol Abuse as stated again and again To embaress and place Gina In a false Light. Jon had also Contacted The Insurance company To file suit. The EMT's and The police all stated NO Alchol or Substance Abuse.

(14) March 25, 2022, Tina's Statement In her Divorce with Annand Mehtani (case # 18STFL09629) had accused her husband Of Drinking and had added That he Needs To Submit Random alchol Testing. Though he had NO Problem with Alchol Abuse

(15) Jon Mansfield and his attorneys In the first Court hearing through Webex also Added The Clause for Gina to submit random alchol Test.

(16) On March 25, 2022, Tina's Ex husband showed how Tina is fabricating facts about Annand Mehthin being Social. Throughout Their Court Proceeding Tina had fasley made alligations That annand Suffers from Severe Illness and that He was Bipolar Mental Illness. On the Minute Order for her Case 18 STFL09629 She admitt that her Serious alligation about his Mental heath which had Made the Case So difficult, slow and Expensive was not True and That her exaggerated Grossly Overstated statements were to the Point Of Perjury. The Same time Jon fabricated The Same story as Tina.

(16) On March 24 and 25th 2022 Tina Testified that She attempted To paint a picture of her ex as Psychologically fragile person who had Been Suicidal in The Past. Her aim was To paint his as an unsafe parent. She also aimed To show him as a threat To Their them 4 year old Son.

(17) As Tinas and Annand transcripts Show Tina Repeatidly Since Their Inital divorce filing In 2017 has used psychological diagnosis as a Sophistated form of Name Calling Seeking to diminish Someone rather Than Seeking To Have an amicable divorce Annand psychologist of many years Showed Tina's defamation and fabricated Stories as a way To Abuse. His history showed him as a Responsible person without Suicial Ideation. As she tried to Paint him

(18) March 28, 2022, During Jon and Gina's first Court hearing In the Same Court Room, Reuben Charles Driggers, Jon and Tina's Best friend, and Tina's Partner In Purchasing Their home, Perjered himself and "Lied" Stating Gina had done Cocine and Crystal Meth with him In the Past 3 years.

(19) On April 25, 2025 hearing Tina On the Stand stated That Reuben had Lied as he was upset at what Gina had Stated. His lies in Court Effected her Custody and Placed her Under Duress For many years. His Intentional Inflication Of Emotional Distress was Pre Planed. As Tina, Jon and Reuben Had fabricated False Stories to Place Gina In a bad Light

(20) On March 8th 2022 hearing Gina Learned The Jon had Illegally and without any Rights Given Reuben Driggers 1% of her Cannabis Licenses she had applied for in December of 2019.

(21) The false and fabricated Stories Throughout our divorce, Custody and Asset Division Surrounds The Cannabis Licences Gina had applied for in 2019. Which Were Not Granted Until July, 2022. Post the Divorce filling

(22) Gina had filled for and applied In December 16 2019 To participate In The ILLINOIS IDFPR, Social Equity Cannabis Adult Use Licenses. In 2020 Gina Applied for More Licence opportunites under female Applicant and Other Criteria

(23) Gina with the help of others had hired David Berger, who Introduced them To Nigel and John dandridge who was a disabled Veteran and a Participant In the Application Process. David Berger was paid to assist Gina and John Throughout The Application Processes. Brooke Hayes a Class Mate Of JON was also Brought In To help with the application as he had experience In other States with Legal Cannabis Licenses. Linda Yu, JON'S 3rd Step Dad's Stuart Ellison also Intially December of 2019 had decided To Partake In The Business But By December 27th 2019 Decided To Leave the Business, and Become Only Investors As They Stated they are worried about Jon's Business Tactics with Changing partners and Terms. Instead They Invested $35K and Took a 15% Equity In the Newly formed LLC, CannaVerde aka 1144 Hal

(24) Darren Weiss was also Introduced at the Same Time through a person Jon Had worked with while working at WP Global In 2007 Jons first full-time Private Equity Job when Gina and Jon Married In 2007. Darren Weiss Now is the attorney Under the Verano Label, which was acquired post The Inital Application for The Lotteries held In Illinois

(25). On December 8 2019 when Gina was Applying for The Cannabis Licence Lotteries She was flagged By Department of Revenue In Illinois. Special Division.

(26) James Smith a Representative told Gina that her Tax filings In Illinois In 2007 Seemed odd. Her first Nor her Last name (Gina Ghods) was Not On the filings. Jon unknown to her had filled Jointly with Gina and had only Put his Last Name. Mansfield

(27) Gina upset about the fraudlant Tax filings Requested to Speak To The accountant Jon had used. Martie Gold a Chicago Accountant who at the Time Stated The he didn't have access To Jon's filing In 2007. As 12 years had passed.

(28) Throughout the family Court filings and Jon's declaration who fabricated stories of Gina's none compliant as a way To hide what he had done Illegally and without Gina's Knowledge Since 2020. Where he alongside David Berger, Brooke Hayes his colleague from WP Global, Bassam Barazi and Some of The management Team at Ares Management who assisted Jon In Illegally and In Violation of IDFPR and Carta Laws To Raise Capital under a New fund, Using Ares Name around the Licences Gina had Applied to

(2) Unknown to Gina, Jon, David Berger, Brooke Hayes and some of Jon's colleages at ARES Management where Jon served as the COO since 2017 and a partner In the Managent company and an Investor In other funds had Illegally Raised Millions of Dollars. On March 2, 2022 When Jon and his Counsels fabricated The fact That Gina was In Court and Given a Restraining Order On March 2, 2022, She was actully an a call with her team at Ivy Hall aka Cannaverd. Cannaverde was used To apply for the Licences. Ivy, Greenthumbs and other Names were Bought at the Same Time, December 2019.

(3) For the past 4 years — Jon Mansfield and his Attorneys Have fabricated facts about The Loss to Their Estate" Due To Gina's Non compliance and Because She didnt want to sell The Company To David Berger (Ivy Hall). In their ongoing and abusive discovery Tactics and threats Since 2020 Jon, Lied and added Millions of dollars Loss to their Estate and on September 6, 2024 when Gina was Not In Court (No Reporter) Obtained a false Judgment. Through Fraud, Deceit and In Collusion with Others

31) March 2, 2022 as stated again and again In Court filings Not In court. Gina was On her call with David Berger, Jon Mansfield, Bassam Barazi and Brooke Hayes She learned That They all had illegally Raised Millions of dollars illegally and were on Their 3rd Round of fund Raising.

32) Unknown To Gina until the first hearing on March 28, 2022 is where she learned Reuben had Be Given 1% of her Licences\company and that Tina GHODS had also participated In helping Jon hide his CRIMES. Same Day Their Minor child was sick and had to Be pickup

33) In Tinas Court filing her ex husband an attorney disclosed Tinas sudden wealth. In 2020 Tina earned her Living collecting Social Security and part Time Managing one Real Estate Property. As her tax filing shows her Income was around $2000). However Suddenly Tinas Bank accounts showed $100 000 of dollars transferes of

34) On March 25, 2022 when Gina was also In the Same Court house, Armando Declaration and evidence presented through his discovery shows Tinas Primary checking account had an average monthly deposit Between 9/2021 and 6/2022 of $158,848.87. This Unexplaind amount also showed Tinas Large Sums of Venmo and Paypal Transactions

(35) Early In 2026 Gina learned after Viewing Tinas Court document That She and Jon Both had Been Using her Venmo and Paypal Account to Remove mony from their Joint Account Having Bogus Uber charges

(36) In 2025 while Ginas older Sister Ginus who also was on social Security disabilty Since She was 30 who also colluding with Jon to Cause harm to Gina and her Kids

(37) Ginus Ghods Sadr and Tina Through fraud and collusion Entered her divorce and custody Case. Ginus had forged Ginas Signiture On August 17, 2024 To Illegally Become her Guardian. Fabricating Stories of Mental Incapacity and drug and alchol abuse as Tina had done with her ex husband annand Mehtani,

(38) Tina and Ginus Both had allowed Themselves To Contact Ginas attorney To cause harm and get access To her assets. As both Suddenly as shown on their Tax filings Starting 2020 For Tina and 2023 for Ginus around $1,000,000 Sales of Security



(39) Tina Jon and Stacey feinberg had Recruited Afshin Sadaghi Before The TRO 3/2022

(40) Tina, Jon, Bill and Stacy feinberg had hired Afshin Sadaghi. A Friend of our fathers son. who Gina hadn't seen since she was 12. Unknown To her He had served Time In prison In California and Neveda. Arranging from Credit Card fraud To hit with a deadly weapon. Afshin Sadaghi become Jon witness Though he didn't know our loads nor Jon. Unknown To Gina until Recently not only Jon and Tina had without her consent or knowledge added connected device technology To her Phone Number and device and had Afshin Sadaghi follow and stalk her for over Two years. Threatening her and abusing her alongside tina, Stacey and Jon

(41) 16 Days after The false Eviction Notice and their abusive Tactics To displace her as they did they stole Her vehicle on March 26, 2022 front of the W - Resident where she had seek Refuge after Being Illegally and without processes Kicked out of Their Resident. On March 26, 2022 Gina Car was stolen as witnessed By The People working at The Valet. According To Brandon Scott, Two people followed her when she walked out to have Breakfast with a friend who Jumped In her Car and drove off

(12) Gina's Vehicle was stolen on March 26, 2022 two days Before The first Court hearing. Jon and Tina had illegally and In violation of California Privacy laws placed an illegal Tracker In her Car to Follow and Stalk her as they did with her phone and her Emails. which she Recently learned were being Intercepted By Tina and Gina's GHods, Jon Mansfield and others. violating not only her privacy but the privacy of others. On March 26, 2022 Stacey Feinberg charged $700 Fee for Emailing Gina's legal counsel To let her know of The stolen vehicle. That day Gina left The W. hotel in fear. On March 31, 2022 Afshin Returned The car when Stacey Feinberg Emailed Gina Lawyer Cassandra. Unknown to Gina at The Time Jon had paid for and In contempt of The orders placed an illegal Tracker In her car. The Electronic Surveilance and abuse Tactics were to control her movement and to make sure They can abuse her court processes as they did having her miss court. Get false contempt

## III. CONCLUSION

For the reasons stated above, this Court should I pray The fedral Court Can help Our minor Kids and I To Reunite.

I pray that the Court help us stop The abuse in family Court and Outside

I pray the Court help me Remove fraud Judgment and find peace

Dated: 3/10/26

*Sign:* [signature]

*Print Name:* 3/10/26

______________ in pro per

*(indicate Plaintiff or Defendant)*

# DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 3/10/26

*Sign:* 

*Print Name:* [illegible]

4831-5981-9291, v. 1